ALLENDALE FIELD AND STREAM ASSOCIATION, PLAIN-
TIFF-RESPONDENT, v. LEGALIZED GAMES OF CHANCE
CONTROL COMMISSION, DEFENDANT-PETITIONER.

See same case below: 76 *N. J. Super.* 313.

*Mr. Arthur J. Sills* and *Mr. Thomas F. Tansey* for the
petitioner.

*Messrs. Evans, Hand, Evans, Allabough & Amoresano* and
*Mr. Alfred Fontanella* for the respondent.

February 11, 1963.   Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
FRANK M. SWEENEY, DEFENDANT-PETITIONER.

See same case below: 77 *N. J. Super.* 512.

*Messrs. Segreto & Segreto* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the
respondent.

February 11, 1963.   Granted.